DAUPHINE STEINHARDT et al., as Executors of MORRIS STEIN-HARDT, Deceased, Appellants, *v.* JOHN O. BAKER, Respondent.

(Submitted October 1, 1900; decided October 23, 1900.)

Motion for reargument denied, with ten dollars costs. (See 163 N. Y. 410.)

---

ELIZABETH S. VAN BEUREN et al., Respondents, *v.* FRANCES A. WOTHERSPOON et al., Appellants.

(Submitted October 1, 1900; decided October 23, 1900.)

Motion for reargument denied, with ten dollars costs. (See 164 N. Y. 368.)

---

ELIZABETH S. VAN BEUREN et al., Respondents, *v.* SARAH LAZARUS et al., Appellants.

(Submitted October 1, 1900; decided October 23, 1900.)

Motion for reargument denied, with ten dollars costs. (See 164 N. Y. 583.)

---

THE ULSTER COUNTY SAVINGS INSTITUTION, Appellant, *v.* VIRGINIA E. OSTRANDER, as Executrix of JAMES E. OSTRANDER, Deceased, et al., Respondents.

(Submitted October 1, 1900; decided October 23. 1900.)

Motion for reargument denied, with ten dollars costs. (See 163 N. Y. 430.)

---

MARY J. MOONEY, Appellant, *v.* ANASTASIA BYRNE et al., Respondents.

(Submitted October 1, 1900; decided October 23, 1900.)

Motion for reargument denied, with ten dollars costs. (See 163 N. Y. 86.)